# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbour, Jr. , William H. | U S District Court | 8/12/2019 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge, Senior Status

**5a. Report Type** (check appropriate type)

- [ ] Nomination    Date
- [ ] Initial    [✔] Annual    [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2018
**to**
12/31/2018

**7. Chambers or Office Address**

501 East Court Street, Suite 4
Jackson, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

[✔] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

[✔] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mobil Oil (common) | None | | J | T | | | | | |
| 2. REAL ESTATE (3-5) | | | | | | | | | |
| 3. Land #1, Yazoo County, MS | None | | L | W | | | | | |
| 4. Land #2, Yazoo City, MS - 1/2 interest | None | | K | W | | | | | |
| 5. Land #2, Yazoo City, MS remaining 1/2 interest | None | | K | W | | | | | |
| 6. RESIDENTIAL SUBDIVISION (7) | | | | | | | | | see Note 1 |
| 7. Subdiv #1: Lots 1-21 less Lots 1,2,2A,3,11,13,19,20 | None | | N | W | | | | | |
| 8. OIL AND GAS INTERESTS (9-59) | | | | | | | | | see Note 2 |
| 9. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | None | | J | W | | | | | |
| 10. -#2-Sohio Pet Co., Franklin Parish, LA | None | | J | W | | | | | |
| 11. -#3-Marathon Oil Co., Claiborne Parish, LA | None | | J | W | | | | | |
| 12. -#4- Placid Oil Co., Warren County, MS | None | | J | W | | | | | |
| 13. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | None | | J | W | | | | | |
| 14. -#6-US Trading Co., Madison Parish & Richland Parish, LA | None | | J | W | | | | | |
| 15. -#7-McGowan Working Partners, Yazoo County, MS | None | | J | W | | | | | |
| 16. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | None | | J | W | | | | | |
| 17. -#9-TXP Op Co., Yazoo County, MS | None | | J | W | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Barbour, Jr. , William H.** | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |
| 19. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 20. -#12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |
| 21. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 22. -#14-Bruxoil, Clay Co, MS | | None | J | W | | | | | |
| 23. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 24. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 25. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | F | Royalty | L | W | | | | | |
| 26. -#18-D & S Oil & Gas, Claiborne Parish, LA | | None | J | W | | | | | |
| 27. -#19-Devon Energy, Yazoo Co, MS; Bossier Parish, LA | | None | J | W | | | | | |
| 28. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |
| 29. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 30. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 31. -#23-Hassie Hunt Exploration, Yazoo Co,. MS | | None | J | W | | | | | |
| 32. -#24-J.P. Oil, Linbcoln & Pike Co,MS | | None | J | W | | | | | |
| 33. -#25-McGowan Oil Working Partners, Yazoo Co., MS | | None | J | W | | | | | |
| 34. -#26-Marathon Oil, Claiborne Parish, LA | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -#27-Shell Oil Co., Pike Co., MS | | None | J | W | | | | | |
| 36. | -#28-Spooner Petroleum, Jasper Co,. MS | | None | J | W | | | | | |
| 37. | -#29-St Mary Land & Exploration, Claiborne Parish, LA | | None | K | W | | | | | |
| 38. | -#30-Pennzenergy, Yazoo Co, MS | | None | K | W | | | | | |
| 39. | -#31 Tecton Energy, LLC; Choctaw Co AL | | None | J | W | | | | | |
| 40. | -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 41. | -#33 EOG Resources, Inc. | | None | L | W | | | | | |
| 42. | -#34 EOG Resources, Inc. | | None | J | W | | | | | |
| 43. | Plains Marketing, Houston, TX | | None | J | W | | | | | |
| 44. | Brammer Engineering | | None | J | W | | | | | |
| 45. | Hunt Crude Oil | | None | J | W | | | | | |
| 46. | Premier Natural Resources | | None | J | W | | | | | |
| 47. | Premier Natural Resources | | None | K | W | | | | | |
| 48. | SM Energy | | None | J | W | | | | | |
| 49. | N&M Resources | | None | J | W | | | | | |
| 50. | Southeastern Energy, Spring TX | | None | J | W | | | | | |
| 51. | Vitruvian. | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Renpetco, Smith Co, MS | | None | J | W | | | | | |
| 53. Merit Energy | A | Royalty | J | W | | | | | |
| 54. SWN Production | A | Royalty | J | W | | | | | |
| 55. Trinity River Energe | | None | J | W | | | | | |
| 56. Black River Petroleum | | None | J | W | | | | | |
| 57. Aethon Energy Operating | A | Royalty | J | W | | | | | |
| 58. BHP Billiton Petroleum | | None | J | W | | | | | |
| 59. Blackbeard Operating East | | None | J | W | | | | | |
| 60. Petro Harvester Operating, Plano TX (X) | | None | J | W | | | | | |
| 61. Gulf Pine Energy, Calgary, AB Canada (X) | B | Royalty | J | W | | | | | |
| 62. Plains All American Pipeline | A | Royalty | J | W | | | | | |
| 63. Harold J. Anderson, Inc. | A | Royalty | J | W | | | | | |
| 64. ASSETS - Other | | | | | | | | | |
| 65. -Residential Real Estate - Cleburne Co, AR | | None | N | W | | | | | |
| 66. -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |
| 67. FINANCIAL MGMT ACCTS ACTIVITY | | | | | | | | | see Attachment #1 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 8/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:  Line 7 shows the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots. There will be no income produced by the reamining lots in inventory unless and until they are sold.

NOTE 2:  As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **FINANCIAL MGMT ACCT** | | | | | | | | | |
| 1 | Citibank Deposit Program | A | Interest | K | T | | | | | |
| 2 | Apple Inc - AAPL | | None | K | T | Buy | 12/20/18 | K | | |
| 3 | AT&T - T | B | Dividend | K | T | Buy (add'l) | 06/26/18 | K | | |
| 4 | Atmos Energy CP - ATO | B | Dividend | L | T | | | | | |
| 5 | B & G Foods - BGS | B | Dividend | K | T | Buy (add'l) | 03/15/18 | J | | |
| 6 | Boeing Co - BA | B | Dividend | L | T | | | | | |
| 7 | Chevron Corp -CVX | B | Dividend | K | T | | | | | |
| 8 | Evergy Inc Com - EVRG | A | Dividend | K | T | Spinoff (from line 13 ) | 06/05/18 | | | exchange in |
| 9 | Evergy Inc Com - EVRG | | None | | | Sold (part) | 06/05/18 | J | A | |
| 10 | General Motors - GM | A | Dividend | K | T | | | | | |
| 11 | General Dynamics Corp - GD | A | Dividend | K | T | | | | | |
| 12 | Great Plains Energy Inc - GXP | A | Dividend | | | Sold (part) | 01/09/18 | K | C | |
| 13 | Great Plains Energy Inc - GXP | | None | | | Merged (with line 8) | 06/05/18 | | | exchange out |
| 14 | Halyard Health Inc - HYH (name change to Avanos Medical Inc - AVNS) | | None | J | T | | | | | name change |
| 15 | Kimberly Clark Corp - KMB | A | Dividend | | | Sold | 06/26/18 | K | D | |
| 16 | Lockheed Martin Corp - LMT | B | Dividend | L | T | | | | | |
| 17 | MDU Res Group Inc - MDU | A | Dividend | K | T | Sold (part) | 01/09/18 | K | A | |
| 18 | Prologis Inc Com - PLD | | None | K | T | Buy | 12/18/18 | K | | |
| 19 | Royal Dutch Shell PLC - RDS'A | B | Dividend | K | T | | | | | |
| 20 | Walt Disney Co Hldg Co - DIS | | None | K | T | Buy | 12/18/18 | K | | |
| 21 | Cons Discret Sel Sect SPDR RD - XLY | A | Dividend | L | T | Buy (add'l) | 03/13/18 | K | | |
| 22 | First TR Exchange Traded FD VI - TDIV | B | Dividend | K | T | Buy (add'l) | 01/09/18 | K | | |
| 23 | Ishares Intl Select Div - IDV | B | Dividend | K | T | Buy (add'l) | 03/13/18 | K | | |
| 24 | Kayne Anderson MLP Invt Co - KYN | B | Dividend | J | T | | | | | |
| 25 | Powershares S&P 500 Low Vola - SPLV (name change to Invesco S&P 500 Low Volatility) | A | Dividend | K | T | | | | | name change |
| 26 | The Technology Sel Sec SPDR FD - XLK | A | Dividend | K | T | | | | | |
| 27 | Tortoise MLP Fund Inc - NTG | B | Dividend | J | T | Sold (part) | 07/09/18 | J | A | |
| 28 | Capital World Growth and Income Fund (American Cap World ) - CWGIX | D | Dividend | L | T | | | | | |
| 29 | Europacific Growth Fund (American Europacific Grw A) - AEPGX | C | Dividend | K | T | | | | | |
| 30 | Income Fund of America (American Income Fund of America) - AMECX | D | Dividend | L | T | | | | | |
| 31 | New Perspective Fund (American New Perspective Fund) - ANWPX | C | Dividend | L | T | | | | | |
| 32 | Clearbridge Agressive Growth C - SAGCX | E | Dividend | | | Sold | 12/18/18 | L | A | |
| 33 | Franklin Balanced C - FBMCX | B | Dividend | L | T | | | | | |
| 34 | Franklin Equity Inc C - FRETX | C | Dividend | K | T | | | | | |
| 35 | Franklin Rising Dividends C - FRDTX | B | Dividend | K | T | | | | | |

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div.,rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 36 | Hancock Horizon Burkenroad A - HHBUX | D | Dividend | K | T | | | | | |
| 37 | MS Dev BK Spl Oblig - 60534RYK9 | B | Interest | K | T | | | | | |
| 38 | **IRA ROLLOVER ACCT #1** | | | | | | | | | |
| 39 | Dreyfus Liquid Assets, Inc. (MS Liquid Assets Fund)/Cash | A | Interest | J | T | | | | | |
| 40 | Ishares Cohen&Steers Reit ETF - ICF | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 41 | I Shares Core MSCI EAFE ETF - IEFA | B | Dividend | L | T | Buy (add'l) | 02/21/18 | J | | |
| 42 | I Shares Core MSCI EAFE ETF - IEFA | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 43 | I Shares Core MSCI EAFE ETF - IEFA | | None | | | Sold (part) | 12/18/18 | J | A | |
| 44 | I Shares Core MSCI Emerging - IEMG | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 45 | I Shares Core MSCI Emerging - IEMG | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 46 | I Shares Core MSCI Emerging - IEMG | | None | | | Sold (part) | 12/18/18 | J | A | |
| 47 | Dow Jones EPAC Sel Div (Ishares Intl Select Dividend) - IDV | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 48 | I Shares MSCI Frontier 100 ETF - FM | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 49 | I Shares MSCI Frontier 100 ETF - FM | | None | | | Sold (part) | 12/18/18 | J | A | |
| 50 | IShares Russell 2000 Growth Fd - IWO | A | Dividend | K | T | Buy (add'l) | 06/27/18 | J | | |
| 51 | IShares Russell 2000 Growth Fd - IWO | | None | | | Buy (add'l) | 12/18/18 | J | | |
| 52 | IShares Russell 2000 Value Index Fd - IWN | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 53 | IShares Russell 2000 Value Index Fd - IWN | | None | | | Buy (add'l) | 12/18/18 | J | | |
| 54 | Ishares Russell Top 200 G - IWY | A | Dividend | | | Sold | 06/27/18 | K | D | |
| 55 | IShares S & P 500 Growth Index Fund - IVW | B | Dividend | L | T | Buy (add'l) | 06/27/18 | J | | |
| 56 | IShares S & P 500 Growth Index Fund - IVW | | None | | | Sold (part) | 12/18/18 | J | D | |
| 57 | IShares S & P 500 Value Index Fund - IVE | B | Dividend | L | T | Sold (part) | 06/27/18 | J | C | |
| 58 | IShares S & P 500 Value Index Fund - IVE | | None | | | Buy (add'l) | 10/26/18 | K | | |
| 59 | IShares S & P 500 Value Index Fund - IVE | | None | | | Sold (part) | 12/18/18 | J | C | |
| 60 | IShares Trust S & P Midcap 400 Growth - IJK | A | Dividend | K | T | Buy (add'l) | 06/27/18 | J | | |
| 61 | I Shares Trust S & P MidCap Value (Ish S&P MidCap 400 Value) - IJJ | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 62 | I Shares Trust S & P MidCap Value (Ish S&P MidCap 400 Value) - IJJ | | None | | | Sold (part) | 12/18/18 | J | A | |
| 63 | IShares TR S & P 500 Index Fund (S&P 500 Index Fund) - IVV | A | Dividend | | | Sold (part) | 02/21/18 | J | B | |
| 64 | IShares TR S & P 500 Index Fund (S&P 500 Index Fund) - IVV | | None | | | Sold | 06/27/18 | K | D | |
| 65 | Vanguard Entergy ETF - VDE | A | Dividend | | | Sold (part) | 06/27/18 | J | A | |
| 66 | Vanguard Entergy ETF - VDE | | None | | | Sold | 10/26/18 | J | A | |
| 67 | Vanguard FTSE All WO - VSS | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 68 | Vanguard FTSE All WO - VSS | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 69 | Vanguard FTSE All WO - VSS | | None | | | Buy (add'l) | 12/18/18 | J | | |
| 70 | Vanguard Real Estate ETF - VNQ | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 71 | Vanguard Real Estate ETF - VNQ | | None | | | Sold (part) | 12/18/18 | J | A | |
| 72 | Vanguard Tele Svc ETF Index - VOX | A | Dividend | | | Buy (add'l) | 06/27/18 | J | | |

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div.,rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>*(Q-W)* | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Vanguard Tele Svc ETF Index - VOX | | None | | | Sold | 10/26/18 | J | A | |
| 74 | **IRA ROLLOVER ACCT #2** | | | | | | | | | |
| 75 | Citibank Deposit Program | A | Interest | J | T | | | | | |
| 76 | AT & T, Inc - T | B | Dividend | K | T | | | | | |
| 77 | Bank of America Corp - BAC | A | Dividend | J | T | | | | | |
| 78 | Microsoft Corp - MSFT | A | Dividend | K | T | | | | | |
| 79 | Regions Financial Corp - RF | C | Dividend | M | T | | | | | |
| 80 | Union Pacific - UNP | A | Dividend | J | T | | | | | |
| 81 | Franklin Income fund - FKINK | C | Dividend | L | T | | | | | |
| 82 | Goldman Sachs Capital Growth Fund - GSCGX | E | Dividend | K | T | | | | | |
| 83 | Legg Mason Value Trust (Clearbridge Value Trust) - LMVTX | A | Dividend | K | T | | | | | |
| 84 | Legg Mason Opportunity Tr (Primary Class) - LMOPX | | None | K | T | Sold (part) | 12/18/18 | J | C | |
| 85 | **IRA ROLLOVER ACCT #3** | | | | | | | | | |
| 86 | Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 87 | American Balanced Fd CL A - ABALX | E | Dividend | M | T | | | | | |
| 88 | Washington Mutual Investors Fd CL A - AWSHX | E | Dividend | N | T | | | | | |
| 89 | Wells Fargo Advantage Emerging Mkts Growth Fund - EMGAX | A | Dividend | K | T | Sold (part) | 12/18/18 | K | A | |
| 90 | **IRA ROLLOVER ACCT #4** | | | | | | | | | |
| 91 | Raymond James Bank Dep Prog | A | Interest | J | T | | | | | |
| 92 | IQ Hedge Multi-Strategy Tracker ETF - QAI | | None | J | T | Buy | 10/01/18 | J | | |
| 93 | Ishares TR Core US AGGBD ET - AGG | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 94 | Ishare TR Core S&P MCP ETF - IJH | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 95 | Ishares TR Core S&P SCP ETF - IJR | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 96 | Ishares TR Core MSCI EAFE - IEFA | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 97 | Ishares TR Core 1 5 Yr USD - ISTB | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 98 | Ishares Incorporated Core MSCI EMKT - IEMG | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 99 | SPDR Portfolio Intermediate Term Corporate Bond ETF - SPIB | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 100 | SPDR S&P Dividend ETF - SDY | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 101 | SPDR Series Trust Barclays CAP Investment Grade Floating Rate ETF - FLRN | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 102 | Vanguard Index Funds S&P 500 EFT SHS New - VOO | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 103 | **BROKERAGE ACCT** | | | | | | | | | |
| 104 | Bank Deposit Program-Raymond James Bank, FSB | A | Interest | L | T | | | | | |
| 105 | Longleaf Partners Fund N/L - LLPFX | B | Dividend | J | T | | | | | |
| 106 | **IRA BROKERAGE ACCT #1** | | | | | | | | | |
| 107 | Bank Deposit Program-Raymond James Bank, FSB | A | Interest | L | T | | | | | |
| 108 | First Horizon Natl Corp - FHN | A | Dividend | J | T | | | | | |
| 109 | Wal-mart Stores Inc. - WMT | A | Dividend | K | T | | | | | |

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Longleaf Partners Fd - LLPFX | D | Dividend | L | T | | | | | |
| 111 | Lord Abbett Growth Leaders Fund Class A - LGLAX | D | Dividend | K | T | | | | | |
| 112 | Lord Abbett Floating Rate Fund Class A M/F - LFRAX | C | Dividend | L | T | | | | | |
| 113 | Autozone, Inc - 053332AM4 | A | Interest | K | T | | | | | |
| 114 | Bank of America - 06050WDK8 | A | Interest | K | T | | | | | |
| 115 | The Goldman Sachs Group, Inc. - 38141GFG4 | A | Interest | | | Redemption | 01/18/18 | J | A | |
| 116 | **IRA BROKERAGE ACCT #2** | | | | | | | | | |
| 117 | Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 118 | Lord Abbett Calibrated Div (formerly Ld Ab Classic Stock) - LAMAX | E | Dividend | M | T | | | | | |
| 119 | Lord Abbett Fundamental Equity Fund CL A M/F - LDFVX | E | Dividend | M | T | Sold (part) | 06/08/18 | J | A | |
| 120 | Lord Abbett Short Duration Income Fd CL A M/F - LALDX | C | Dividend | L | T | Sold (part) | 02/08/18 | J | A | |
| 121 | Lord Abbett Short Duration Income Fd CL A M/F - LALDX | | None | | | Sold (part) | 04/10/18 | J | A | |
| 122 | Lord Abbett Short Duration Income Fd CL A M/F - LALDX | | None | | | Sold (part) | 07/13/18 | J | A | |
| 123 | Lord Abbett Short Duration Income Fd CL A M/F - LALDX | | None | | | Sold (part) | 10/15/18 | J | A | |
| 124 | Lord Abbett Short Duration Income Fd CL A M/F - LALDX | | None | | | Sold (part) | 12/11/18 | J | A | |
| 125 | Lord Abbett Floating Rate Fd CL A M/F - LFRAX | C | Dividend | L | T | | | | | |
| 126 | **IRA BROKERAGE ACCT #3** | | | | | | | | | |
| 127 | Cash - RJ Bank Dep | A | Interest | K | T | | | | | |
| 128 | Champlain Mid-Cap Fund - CIPMX | B | Dividend | K | T | Sold (part) | 01/17/18 | J | A | |
| 129 | Champlain Mid-Cap Fund - CIPMX | | None | | | Sold (part) | 09/10/18 | K | D | |
| 130 | AF American Mutual F2 - AMRFX | C | Dividend | L | T | Sold (part) | 01/17/18 | J | A | |
| 131 | Artisan International Fund Advisor Class N/L - APDIX | C | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |
| 132 | Baird Aggregate Bond Fund - BAGIX | C | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 133 | Columbia Dividend Income Fund Inst CL N/L - GSFTX | D | Dividend | L | T | Sold (part) | 01/17/18 | J | A | |
| 134 | Europacific Grouth Fund Class F2 - AEPFX | B | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |
| 135 | Federated Strategic Value Fd - SVAIX | D | Dividend | L | T | | | | | |
| 136 | Federated Inst High Yield Bd - FIHBX | B | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 137 | Federated Short Term Income FD Institutional Shares IS N/L - FSTYX | A | Dividend | K | T | Buy | 09/10/18 | K | | |
| 138 | Loomis Sayles Growth Fund - LSGRX | C | Dividend | L | T | Sold (part) | 01/17/18 | J | D | |
| 139 | MFS Research Fund Class A - MFRFX | | None | | | Sold (part) | 01/17/18 | J | A | |
| 140 | MFS Research Fund Class A - MFRFX | | None | | | Merged (with line 141) | 07/17/18 | | | transfer out |
| 141 | MFS Research Fund Class I N/L - MRFIX | C | Dividend | K | T | Spinoff (from line 140) | 07/17/18 | | | transfer in |
| 142 | MFS Research Fund Class I N/L - MRFIX | | None | | | Sold (part) | 09/10/18 | K | D | |
| 143 | Mainstay Epoch Global Equity Yield A - EPSPX | B | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 144 | Mainstay Epoch Global Equity Yield A - EPSPX | | None | | | Merged (with line 145) | 08/02/18 | | | transfer out |
| 145 | Mainstay Epoch Global Equity Yield Fund Class I N/L - EPSYX | D | Dividend | L | T | Spinoff (from line 144) | 08/02/18 | | | transfer in |
| 146 | Metropolitan West Total Return Bond Fund - MWTIX | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div.,rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 147 | T. Rowe Price Small Cap Value Fund Investor Class N/L - PRSVX | B | Dividend | K | T | Spinoff (from line 151) | 06/27/18 | | | transfer in |
| 148 | T. Rowe Price Small Cap Value Fund Investor Class N/L - PRSVX | | None | | | Sold (part) | 09/10/18 | K | C | |
| 149 | Sei U.S. Managed Volatility Fund Class Y N/L - SUSYX | D | Dividend | L | T | Buy | 09/11/18 | L | | |
| 150 | T. Rowe Price Small Cap Value Fund - PASVX | | None | | | Sold (part) | 01/17/18 | J | A | |
| 151 | T. Rowe Price Small Cap Value Fund - PASVX | | None | | | Merged (with line 147) | 06/27/18 | | | transfer out |
| 152 | Wells Fargo International Value Fund - WFVIX | A | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |
| 153 | Western Asset Total Return Unconstrained Fund - WAARX | B | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 154 | AQR Managed Futures Strategy Class N - AQMNX | | None | | | Buy (add'l) | 01/18/18 | J | | |
| 155 | AQR Managed Futures Strategy Class N - AQMNX | | None | | | Merged (with line 156) | 08/10/18 | | | transfer out |
| 156 | Aqr Managed Futures Strategy Class I N/L - AQMIX | | None | L | T | Spinoff (from line 155) | 08/10/18 | | | transfer in |
| 157 | Gateway Fund Class A (formerly Natixis Gateway Fund) - GATEX | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 158 | John Hancock Global Abso lute Return Strategies A - JHAIX | | None | | | Buy (add'l) | 01/17/18 | J | | |
| 159 | John Hancock Global Abso lute Return Strategies A - JHAIX | | None | | | Sold | 09/10/18 | K | A | |
| 160 | **BROKERAGE ACCT #2** | | | | | | | | | |
| 161 | Raymond James Bank Dep Prog | | None | J | T | | | | | |
| 162 | Capital Income Buider Fund - CAIBX | D | Dividend | M | T | | | | | |
| 163 | **BROKERAGE ACCT #3** | | | | | | | | | |
| 164 | Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 165 | Ishares Cohen&Steers Reit ETF - ICF | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 166 | Ishares Core MSCI EAFE ETF - IEFA | B | Dividend | K | T | Buy (add'l) | 02/21/18 | J | | |
| 167 | Ishares Core MSCI EAFE ETF - IEFA | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 168 | Ishares Core MSCI Emerging - IEMG | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 169 | Ishares Core MSCI Emerging - IEMG | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 170 | Ishares Intl Select Div ETF - IDV | A | Dividend | | | Sold | 06/27/18 | J | A | |
| 171 | Ishares MSCI Frontirer 100 ETF - FM | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 172 | Ishares Russell 2000 Growth ETF - IWO | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 173 | Ishares Russell 2000 Value ETF - IWN | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 174 | Ishares Russell Top 200 G ETF - IWY | A | Dividend | | | Sold | 06/27/18 | J | C | |
| 175 | Ishares S&P 500 Growth ETF - IVW | A | Dividend | L | T | Buy (add'l) | 06/27/18 | J | | |
| 176 | Ishares S&P 500 Value ETF - IVE | B | Dividend | L | T | Sold (part) | 06/27/18 | J | A | |
| 177 | Ishares S&P 500 Value ETF - IVE | | None | | | Buy (add'l) | 10/26/18 | J | | |
| 178 | Ishares S&P Mid CAp 400 Growth ETF - IJK | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 179 | Ishares S&P Mid Cap 400 Value ETF - IJJ | A | Dividend | J | T | Buy (add'l) | 06/27/18 | J | | |
| 180 | S&P 500 Index Fund - IVV | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 181 | S&P 500 Index Fund - IVV | | None | | | Sold | 06/27/18 | J | C | |
| 182 | Vanguard Energy ETF - VDE | A | Dividend | | | Sold (part) | 06/27/18 | J | A | |
| 183 | Vanguard Energy ETF - VDE | | None | | | Sold | 10/26/18 | J | A | |

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div.,rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 184 | Vanguard FTSE All WO - VSS | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 185 | Vanguard FTSE All WO - VSS | | None | | | Buy (add'l) | 06/27/18 | J | | |
| 186 | Vanguard Real Estate ETF - VNQ | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 187 | Vanguard Tele Svc ETF Index - VOX | A | Dividend | | | Buy (add'l) | 06/27/18 | J | | |
| 188 | Vanguard Tele Svc ETF Index - VOX | | None | | | Sold | 10/26/18 | J | A | |